Thank you. And we'll go next to your argument in United States v. Benford. Good morning, Your Honors. I'd like to spend my time focusing on one of the most unusual episodes I've ever witnessed in Federal criminal proceedings. The district court's conduct of a post-indictment proceedings contested post-indictment proceedings in the unexplained and inexplicable absence of defense counsel. Here, retained counsel for Mr. Benford, and in the absence of defense counsel, relied, explicitly stating, that he was referring to and relying on the recommendations of counsel for a codependent whose interests and legal strategies were adverse and antagonistic to Mr. Benford. This was a critical stage of the proceedings. What was the – we're talking about the pretrial conference, right? Yes, Your Honor. Okay. So what's critical about a pretrial conference in which the only thing that's discussed is whether there'll be a continuance or not, with the possibility left open that you can always ask for one. That's actually the point, Your Honor, that this was a critical stage, because what a continuance and whether the case was going to be set for trial – excuse me – was going to go to trial on the very next day. The judge wasn't – I mean, you know, we all know that a number of district judges would have gone ballistic when counsel didn't even show up. The judge was just as nice as can be about it. He said, you know, I understand he's not here. He can – he can – if the – I'm going to deny the continuance now, but, you know, a continuance is a continuance. It's no big deal. Your Honor, he does not leave open yet a possibility of a continuance. He says, I'm going to deny the continuance. There will not be a continuance in this matter. The matter will proceed to trial on March 8th. There's no reservations about the scheduling of the trial. And the words could be – Kagan. So we don't know that because, of course, a client never asked for another continuance except in the ruling. He wasn't represented by counsel. The only thing he could – he was invited to do was invite his family members. I apologize. Go ahead. After this pretrial status conference, where the judge said what you said, was there a motion for a continuance by your client? No, the retained attorney did not make a motion for a continuance. Was there any reason given why he didn't, if that's what your client wanted? Your Honor, I don't think my client – my client was not in a position to know whether the discovery had been received, whether the investigation had been – But counsel was. That's why it seems important to know whether counsel made such a motion. Oh, Your Honor, I'm sorry. I thought it was – the retained attorney for Mr. Benford did not make – Well, I understand that. But the retained lawyer had every opportunity to file such a motion if there was any reason for it. Well, Your Honor, actually, the local rules, and I think this Court's law of the case doctrine makes clear that he had his opportunity. The judge had made a ruling. Oh, law of the case doesn't apply to continuances. That – I don't understand that. I mean, every trial judge that I – I mean, I haven't been a trial judge, but I certainly practiced in front of them. And if I was denied a continuance, I never felt shy, if I needed it, of going back and re-explaining why one was needed or maybe something new came up. It's not an all-or-nothing proposition the way a ruling of law on the elements of a claim might be. Your Honor, I cannot tell you what factors were influencing this retained attorney's decision. Well, in hindsight, what was important about this? Why should there have been a continuance in your view? Well, Your Honor, the discovery – as I think less than a third of the discovery had been turned over as of that time, less than a week before trial. I think it's common – commonly anticipated in most Federal cases in the central district that cases are unlikely to go to trial at the very first trial setting. It does happen on occasion, usually with the trial attorney's knowledge and anticipation that that was – that they were prepared for trial. Discovery hadn't been received. He hadn't even made a discovery request. It's really critical to note that he did not – he did not have the name – he didn't have any contact information for the eyewitnesses, and this was primarily an eyewitness identification case. He didn't have the contact information for the eyewitnesses. More important, he didn't even have the names. So he couldn't have the names. Well, this – what you're arguing now, it seems to me there are two things going on in what you're arguing. One is a standard ineffective assistance of counsel claim that can be tested in another proceeding where evidence can be taken. That is, why did the lawyer decide not to ask for a continuance, and so on and so forth. That remains to be developed, and – but the only issue that – as to which the facts are known and won't change is whether the lawyer's failure to be present at that two-page or three-page piece of the transcript was a critical stage that all by itself, even if there were no reason to ask for a continuance, you know, whether that alone is a violation. But – And it seems to me you're mixing that up. I mean, I guess I led you down that path, so it's kind of my fault. But no, Your Honor, that actually is kind of where I was going, because the question is whether it's a critical stage. And I'm not – I'm not arguing the Strickland claim that that would be for a different proceeding. This is a straightforward, chronic claim, whether counsel – whether the defendant was entitled to be represented by counsel at that proceeding. And I think there's no question that he was entitled to be represented. It is a – it is a formal judicial proceeding. It's post-indictment. There's – I think that's really undisputed. And that would be a prejudicial – it's a structural error. But I could understand the Court's concern, yeah, but why – even if it's structural error and it's not subject to harmless error now. What if the lawyers had been there and the clients hadn't? Would that have been a structural error? I missed the first part of the question. What if the lawyers had both been present and the clients had both been absent? And the only question is, well, are you guys ready to go forward on the 8th, or do you need a little more time? Is it critical from that perspective, so that it cannot be done without the assistance of the client? Well, that's a different question, Your Honor. I'm not sure. I know it is, but I'd like an answer to it. I'm not sure – I'm not sure that it is, because as long as the – as long as the – well, Your Honor, I think it ultimately would have been, because if a continuance was requested, there's a very strong likelihood that a – the defendant would – defendant personally would have had to waive time under the – so for that reason, I think there is a chance that the defendant might have been – needed to be present as well. So what I was trying to answer with regard to the importance of knowing the status of the investigation and the status of the discovery received is that these are questions that the lawyer was in a position to provide an answer for and that Mr. Benford was not. He didn't know how much discovery had been received. He didn't have contact information for the witnesses. He wouldn't know what they were. He wouldn't know their names. He wouldn't be prepared – this 47-year-old man with no criminal history was unlikely to realize that these were going to be the critical questions that the district court needed to have answers on. As far as this man with no criminal – had not shown up in court before, he – he had no idea what was going to – what was needed to say whether or not he was prepared to go to trial, and his lawyer wasn't there for him to help him out on this. I'd like to reserve the remainder of my time for rebuttal. Surely. Ms. Gannon? Good morning. May it please the Court. In this case, the fact that defense counsel was not present at the status conference where the trial date was merely confirmed is not a Sixth Amendment violation and furthermore is not a structural error that is not subject to a harmless error analysis. First and foremost, in order to present a Sixth Amendment violation for assistance of counsel in and of itself, not related to the effectiveness of that counsel, as the Court's already noted, it must be a critical stage of the proceeding. And that standard looks at significant consequences for the accused. And here, as noted in the government's papers, the status conference merely confirmed a trial date which had been previously set at the post-indictment arraignment where counsel was present. And the fact that the parties were checking in at that point, there was no motion pending before the Court, and the Court was inquiring whether the parties were ready to proceed, does not rise to the level of a critical stage of an adversarial proceeding. Were there any other in limine motions taken up at the pre-trial status conference, such as elimination of some testimony or how long the case was going to take or how it should proceed? No, Your Honor. And the district court did not have any routine matters as part of a standing order that the parties were expected to address at that hearing. Was there any plea negotiation? No, Your Honor. So at that point, the judge was checking with the parties. One counsel answered, ready. The government at that point needs to be prepared to proceed to trial for speedy trial purposes and had little, if anything, to say on the matter. And Mr. Benford had the opportunity, as the Court's noted, to bring a motion, ex parte application, even potentially stipulation, to ask for continuance if that was, in fact, necessary. And that did not occur. And, in fact, as indicated by the record later on in trial, the district court was receptive to giving the parties additional time to prepare their case or to locate witnesses if necessary. And the fact that the district court said, I'm denying the continuance, really, there was no request for continuance at that point before the court. And so the court, while ---- But doesn't that indicate that any motion for continuance will not be looked at favorably? No, I don't believe that that's what the district court intended. I think he was just ---- the district court was confirming the trial date. In fact, what this report said was, quote, why don't we go to trial on the 8th? I'm going to deny the continuance, then, and all parties will simply be ready for trial on the 8th, and that way I can recess today, and when counsel comes in, we'll just inform him of that. Prior to that, though, the district court also said, regarding an agreement, if we don't agree, then I'll bring you both back in. Your Honor, I think while there was that statement, that does not mean, as Judge Graber noted, that the parties could not have asked for a continuance setting forth the reasons, and the local rule regarding a motion for reconsideration does not govern that. And certainly, I think that the district courts in common practice are willing to receive especially new information regarding the discovery. Was there a motion for continuance before the judge at the pretrial status? No, Your Honor. Then what was he denying? That's my point, Your Honor, is that in a way, by denying the continuance, he was merely confirming the trial date that already existed. There was no litigation at that point before the court. There was no motion, and I think he was saying that basically the trial would proceed on the 8th, this previously scheduled date. To the extent that defendant is now arguing that that pure Sixth Amendment claim regarding the actual appearance of counsel bleeds over into an ineffective assistance of counsel claim, the government contends, and I believe that the defendant may have conceded that additional development of the record in that case would be appropriate. As set forth in the government's brief, there are numerous areas raised initially by the defendant in his opening brief that would need additional development. And the fact that the questions of why a motion to continue was not filed, that alone, there may have been strategic reasons for defense counsel to want to proceed on the first trial date. And there may have been a strategy given that at sentencing, the district court noted that on its 25 years on the bench, that this may have been the strongest evidence against a bank robber that the district court had ever seen. And that alone may have been a strategic reason why the defense, both defendants wanted to proceed on that initial date. Unless the court has any additional questions or has any questions about the other issues raised in the brief, I'll just submit it and just ask the court to affirm the conviction and sentence in this case. There was no error because this was not a critical stage of the proceeding. And furthermore, even if there was error, it is not structural error that would not be subject to a homicidal analysis. Okay. Thank you, counsel. Mr. Adlai. Yeah. I lost three seconds. But the Supreme Court has said that a critical stage is any step of a criminal proceeding, such as arraignment, that holds significant consequences. Last year, the Supreme Court reaffirmed that an initial appearance before a judicial officer is a critical stage requiring the assistance of counsel. The only thing that happens in an arraignment, an initial appearance, is the charges are read and the defendant says not guilty. Well, that's the only thing that happens. The defendant is put to saying how he's going to plead. And he's entitled to counsel if he's going to plead guilty. Of course. Of course. Nobody is suggesting anything other than that. But how in the world do you analogize a decision about whether to enter a guilty plea or not to a continuance? Whether to go to trial next week. Yeah. When I just – when the trial lawyer hadn't even made a general appearance in the case, whether to go to trial next week is a very critical decision. When he doesn't even know the names of the eyewitnesses. And I just want to point out that the court – But that's straight-up ineffective assistance of counsel. That's why I say you seem to be sort of mixing apples and oranges. Whether he knew the names of the witnesses has nothing to do with whether this was a moment in time when he had to be there because he had made no motion for continuance. Do you agree with opposing counsel on that? Oh, that's true. So there was no – there was no motion before the court. The court wasn't hearing argument on a motion or ruling on a motion. And it was just – Even to confirm the trial day would have been – was a significant consequence. Government counsel refers to significant consequences for the accused. Whether or not to prepare – whether or not to file motions, whether or not to engage in guilty plea negotiations, whether or not to retain experts, I would just – Mr. Ailey, I'm sure we understand what your – what your position is, and your time has expired, so. Can I make one – The matter just argued will be submitted.
judges: Rymer, Graber, Bea